# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**QUENTON VERNARD JONES**                                      **PETITIONER**

**VS.**                   **CASE NO. 4:21CV00198 JM/PSH**

**WENDY KELLEY, Director of the**
**Arkansas Department of Correction**                          **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 1st day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE